UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                           CASE NO. 08-31281-PNS3
                                                 CHAPTER 13
ALBERT E. MCNICHOL
VIVIAN SUE MCNICHOL

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: SPIRIT OF AMERICA NATIONAL BANK which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 415778 in the amount of 19.81 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                           OFFICE OF THE CHAPTER 13 TRUSTEE
                           POST OFFICE BOX 646
                           TALLAHASSEE, FL 32302
                           ldhecf@earthlink.net
                           (850) 681-2734 "Telephone"
                           (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| ALBERT E. MCNICHOL<br>VIVIAN SUE MCNICHOL<br>1705-C BRIGHTON COVE<br>FORT WALTON BEACH, FL<br>32547 | SPIRIT OF AMERICA NATIONAL<br>BANK/LEW MAGRAW<br>FIRST EXPRESS<br>P.O. BOX 856750<br>LOUISVILLE, KY 40285 |

AND

AARON B. WENTZ, EQUIRE
814 A SHADOW LANE
FT. WALTON BEACH, FL 32547

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
6/23/2011  1:26 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```